In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of EDWARD M. CAMERON, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant and Respondent ; HARRIS D. COLT, as Executor and Trustee, Respondent and Appellant.

*Matter of Cameron*, 97 App. Div. 436, affirmed.
(Argued April 14, 1905; decided May 2, 1905.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

October 11, 1904, which affirmed an order of the Suffolk County Surrogate's Court vacating a prior order which fixed a transfer tax upon a certain part of the estate of Edward M. Cameron, deceased.

*Jabish Holmes, Jr.,* and *Charles R. Weeks* for State Comptroller, appellant and respondent.

*Hugo Kohlmann, A. Henry Mosle* and *William H. Thitchener* for executor and trustee, respondent and appellant.

Order affirmed, without costs to either party ; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent : GRAY, J.